\* E-filed 6/14/07 \*

J. Michael Fitzsimmons, Esq.  SBN 132343
Kelly M. Laughrin, Esq.  SBN 204246
CAMPBELL, WARBURTON, FITZSIMMONS,
  SMITH, MENDELL & PASTORE
64 W. Santa Clara Street
San Jose, CA 95113
408/295-7701
408/295-1423 fax

Attorneys for Plaintiffs,
KARLONG CHAN, a minor, by and through his
Guardian Ad Litem, YUEN CHONG CHAN; and
YUEN CHONG CHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| KARLONG CHAN, a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN; and YUEN CHONG CHAN, aka EVA CHAN,<br><br>  Plaintiffs,<br><br>v.<br><br>CUPERTINO UNION SCHOOL DISTRICT, a California School District; et al.,<br><br>  Defendants. | Case No.  C07-01837 HRL<br><br>**STIPULATION AND AMENDED ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiffs, KARLONG CHAN ("KARLONG"), a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN, and YUEN CHONG CHAN, aka EVA CHAN ("EVA"), and Defendants, CUPERTINO UNION SCHOOL DISTRICT ("CUSD"), RUSS OTTEY ("OTTEY"), SARAH CROWE, ('CROWE"), COUNTY OF SANTA CLARA ("COUNTY"), EMQ CHILDREN AND FAMILY SERVICES ("EMQ"), RODERICK J. MACKENZIE, JR. ("MACKENZIE"), CARLOS AGUILA ("AGUILA") by and through their respective attorneys of record, hereby stipulate and agree with reference to the following facts:

The Complaint was filed on April 2, 2007;

On April 12, 2007, Plaintiffs sent Notices of Lawsuit and Request for Waiver of Service

1  of Summons to Defendants;

2  On , May 22, 2007, CUSD executed the Notice of Lawsuit and Request for Waiver of
3  Service of Summons;

4  On May 22, 2007, OTTEY executed the Notice of Lawsuit and Request for Waiver of
5  Service of Summons;

6  On May 22, 2007, CROWE executed the Notice of Lawsuit and Request for Waiver of
7  Service of Summons;

8  On May 24, 2007, COUNTY executed the Notice of Lawsuit and Request for Waiver of
9  Service of Summons;

10  On May 24, 2007, EMQ executed the Notice of Lawsuit and Request for Waiver of
11  Service of Summons;

12  On May 11, 2007, MACKENZIE executed the Notice of Lawsuit and Request for
13  Waiver of Service of Summons;

14  On May 11, 2007, AGUILA executed the Notice of Lawsuit and Request for Waiver of
15  Service of Summons;

16  On June 6, 2007, counsel for Defendants, CUSD, OTTEY and CROWE, requested, and
17  Plaintiffs consented to, a two (2) week extension of time to respond to the Complaint;

18  A case management conference has been scheduled in the matter for July 10, 2007 with
19  corresponding deadlines of June 19, 2007 to meet and confer under Fed. R Civ. Pro. 26 and July
20  3, 2007 to exchange initial disclosures.

21  Given that the case will not be at issue by the date of the Case Management Conference
22  or prior to the deadlines to file a Joint ADR Certification and complete initial disclosures
23  pursuant to Rule 26(f),

24  IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court,
25  that the Case Management Conference currently set for July 10, 2007 in Courtroom 2 at 1:30
26  p.m. be continued to September 11, 2007, with corresponding deadlines of August 8, 2007 to
27  meet and confer under Fed. R. Civ. Pro. 26 and August 15, 2007 to file Rule 26(f) Report and
28  complete initial disclosures and file Case Management Statement, and August 29, 2007 to

1  exchange initial disclosures.

2  Dated: June 13, 2007        CAMPBELL, WARBURTON, FITZSIMMONS,
                                   SMITH, MENDELL & PASTORE

                              By:     /s/
                                   J. Michael Fitzsimmons
                                   Kelly M. Laughrin,
                                   Attorneys for Plaintiffs,
                                   KARLONG CHAN and EVA CHAN

7  Dated: June 13, 2007        NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

                              By:     /s/
                                   Mark Davis
                                   Attorney for Defendants, CUPERTINO UNION
                                   SCHOOL DISTRICT, RUSS OTTEY, and
                                   SARAH CROWE

   Dated: June 13, 2007        ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
                                   LINDSTROM, Inc.

                              By:     /s/
                                   Sharon L. Hightower
                                   Attorneys for Defendants,
                                   COUNTY OF SANTA CLARA

---

## AMENDED ORDER

Good cause appearing therefor:

IT IS HEREBY ORDERED that Case Management Conference currently set for July 10, 2007 in Courtroom 2 at 1:30 p.m. be continued to September 11, 2007, with corresponding deadlines of August 8, 2007 to meet and confer under Fed. R. Civ. Pro. 26 and August 15, 2007 to file Rule 26(f) Report and complete initial disclosures and file Case Management Statement, and August 29, 2007 to exchange initial disclosures.

**The parties should file their consent or declination to Magistrate Judge jurisdiction by July 10, 2007.**

Date: 6/14/07

_____
Howard R. Lloyd
United States District Court Magistrate Judge