1   J. Michael Fitzsimmons, Esq.  SBN 132343                    *E-filed 7/12/07*
    Kelly M. Laughrin, Esq.  SBN 204246
2   CAMPBELL, WARBURTON, FITZSIMMONS,
       SMITH, MENDELL & PASTORE
3   64 W. Santa Clara Street
    San Jose, CA 95113
4   408/295-7701
    408/295-1423 fax
5
    Attorneys for Plaintiffs,
6   KARLONG CHAN, a minor, by and through his
    Guardian Ad Litem, YUEN CHONG CHAN; and
7   YUEN CHONG CHAN

8

9
                    **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**
11

12  KARLONG CHAN, a minor, by and      )   Case No.   C07-01837 HRL
13  through his Guardian Ad Litem, YUEN )
    CHONG CHAN; and YUEN CHONG         )
14  CHAN, aka EVA CHAN,                )   **STIPULATION AND AMENDED**
                                       )   **ORDER CONTINUING THE MOTION**
15                         Plaintiffs, )   **TO DISMISS COMPLAINT FOR**
                                       )   **DAMAGES AND MOTION TO STRIKE**
16  v.                                 )
                                       )
17  CUPERTINO UNION SCHOOL             )
    DISTRICT, a California School District; )
18  et al.,                            )
                                       )
19                        Defendants.  )
    _____   )
20
          Plaintiffs, KARLONG CHAN ("KARLONG"), a minor, by and through his Guardian Ad
21
    Litem, YUEN CHONG CHAN, and YUEN CHONG CHAN, aka EVA CHAN ("EVA"), and
22
    Defendants, CUPERTINO UNION SCHOOL DISTRICT ("CUSD"),  RUSS OTTEY
23
    ("OTTEY"),  SARAH CROWE, ('CROWE"),  COUNTY OF SANTA CLARA ("COUNTY"),
24
    EMQ CHILDREN AND FAMILY SERVICES ("EMQ"), RODERICK J. MACKENZIE, JR.
25
    ("MACKENZIE"), CARLOS AGUILA ("AGUILA") by and through their respective attorneys
26
    of record, hereby stipulate that the hearing on Defendants, CUSD, OTTEY, CROWE, COUNTY,
27
    EMQ, AGUILA and MACKENZIE's Motion to Dismiss Complaint for Damages and Motion to
28
    Strike currently set for August 14, 2007 at 10:00 a.m. be continued until August 21, 2007, or as

1  soon thereafter as available, at 10:00 a.m. in Courtroom 2, 5th floor of the United States District

2  Court, 280 South First Street, San Jose, CA.

3  Dated: July 10, 2007                    CAMPBELL, WARBURTON, FITZSIMMONS,
                                                        SMITH, MENDELL & PASTORE
4
                                            By: ___/s/_____
5                                                 J. Michael Fitzsimmons
                                                  Kelly M. Laughrin,
6                                            Attorneys for Plaintiffs,
                                             KARLONG CHAN and EVA CHAN
7

8  Dated: July 10, 2007                    NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

9                                            By: ___/s/_____
                                                  Mark Davis
10                                           Attorney for Defendants, CUPERTINO UNION
                                             SCHOOL DISTRICT, RUSS OTTEY, and
11                                           SARAH CROWE

12
   Dated: July 10, 2007                    ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
13                                                      LINDSTROM, Inc.

14                                           By: _____/s/_____
                                                  Sharon L. Hightower
15                                           Attorneys for Defendants,
                                             COUNTY OF SANTA CLARA, EMQ CHILDREN AND
16                                           FAMILY SERVICES, RODERICK J. MACKENZIE, JR.,
                                             and CARLOS AGUILA
17
                                    **AMENDED ORDER**
18
         Pursuant to stipulation of the parties, IT IS ORDERED that the hearing on Defendants',
19
   CUSD, OTTEY, CROWE, COUNTY, EMQ, AGUILA and MACKENZIE's, Motions to
20
   Dismiss Complaint for Damages and Motions to Strike, currently set for August 14, 2007 at
21
   10:00 a.m., is continued until **August 21, 2007 at 10:00 a.m.** in Courtroom 2, 5th floor of the
22
   United States District Court, San Jose, CA.  The briefing schedule is unchanged.
23

24

25
   Dated:      7/12/07                       By: _____
26                                                HON. HOWARD R. LLOYD
                                                  MAGISTRATE JUDGE
27                                                UNITED STATES DISTRICT COURT

28

- 2 -

1    PURSUANT TO GENERAL ORDER 45,

2        I, Kelly M. Laughrin, the ECF User transmitting and filing this Stipulation and

3    [Proposed] Order Continuing the Motion to Dismiss Complaint for Damages and Motion to

4    Strike, attest that I have obtained the concurrence of Sharon L. Hightower and Mark Davis on

5    this filing.  I declare under penalty of perjury.

6
     Dated: July 10, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
7                                        SMITH, MENDELL & PASTORE

8                                   By: _____/s/_____
                                          J. Michael Fitzsimmons
9                                         Kelly M. Laughrin,
                                          Attorneys for Plaintiffs,
10                                        KARLONG CHAN and EVA CHAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28