*E-filed 7/16/07*

1    J. Michael Fitzsimmons, Esq.  SBN 132343
     Kelly M. Laughrin, Esq.  SBN 204246
2    CAMPBELL, WARBURTON, FITZSIMMONS,
        SMITH, MENDELL & PASTORE
3    64 W. Santa Clara Street
     San Jose, CA 95113
4    408/295-7701
     408/295-1423 fax
5
     Attorneys for Plaintiffs,
6    KARLONG CHAN, a minor, by and through his
     Guardian Ad Litem, YUEN CHONG CHAN; and
7    YUEN CHONG CHAN

8

9
                    **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**
11

12
     KARLONG CHAN, a minor, by and          )   Case No.   C07-01837 HRL
13   through his Guardian Ad Litem, YUEN     )
     CHONG CHAN; and YUEN CHONG              )
14   CHAN, aka EVA CHAN,                     )   **AMENDED STIPULATION AND**
                                             )   **ORDER CONTINUING**
15                     Plaintiffs,           )   **THE MOTION TO DISMISS**
                                             )   **COMPLAINT FOR DAMAGES AND**
16   v.                                      )   **MOTION TO STRIKE**
                                             )
17   CUPERTINO UNION SCHOOL                  )
     DISTRICT, a California School District; )
18   et al.,                                 )
                                             )
19                     Defendants.           )
     _____ )

20
           Plaintiffs, KARLONG CHAN ("KARLONG"), a minor, by and through his Guardian Ad
21
     Litem, YUEN CHONG CHAN, and YUEN CHONG CHAN, aka EVA CHAN ("EVA"), and
22
     Defendants, CUPERTINO UNION SCHOOL DISTRICT ("CUSD"),  RUSS OTTEY
23
     ("OTTEY"),  SARAH CROWE, ('CROWE"),  COUNTY OF SANTA CLARA ("COUNTY"),
24
     EMQ CHILDREN AND FAMILY SERVICES ("EMQ"), RODERICK J. MACKENZIE, JR.
25
     ("MACKENZIE"), CARLOS AGUILA ("AGUILA") by and through their respective attorneys
26
     of record, hereby stipulate that the hearing on Defendants, CUSD, OTTEY, CROWE, COUNTY,
27
     EMQ, AGUILA and MACKENZIE's Motion to Dismiss Complaint for Damages and Motion to
28
     Strike currently set for August 14, 2007 at 10:00 a.m. be continued until August 21, 2007, at

Stipulation and Proposed Order

1  10:00 a.m. in Courtroom 2, 5th floor of the United States District Court, 280 South First Street,

2  San Jose, CA; the briefing schedule to be based on the new hearing date.

3       All counsel have agreed to said continuance in order to accommodate Ms. Laughrin's out

4  of the country vacation previously scheduled.

5  Dated: July 12, 2007               CAMPBELL, WARBURTON, FITZSIMMONS,
                                   SMITH, MENDELL & PASTORE

6

7                                 By: _____/s/_____
                                 J. Michael Fitzsimmons
                                 Kelly M. Laughrin,

8                               Attorneys for Plaintiffs,
                             KARLONG CHAN and EVA CHAN

9
   Dated: July 13, 2007               NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

10

11                                   By: _____/s/_____
                                 Mark Davis
                             Attorney for Defendants, CUPERTINO UNION

12                               SCHOOL DISTRICT, RUSS OTTEY, and
                             SARAH CROWE

13
   Dated: July 12, 2007               ERICKSEN, ARBUTHNOT, KILDUFF, DAY &

14                                      LINDSTROM, Inc.

15                                   By: _____/s/_____
                                 Sharon L. Hightower

16                               Attorneys for Defendants,
                             COUNTY OF SANTA CLARA, EMQ CHILDREN AND

17                               FAMILY SERVICES, RODERICK J. MACKENZIE, JR.,
                             and CARLOS AGUILA

18  ------------------------------------------------------------------------------------------------
                                     [ORDER]

19
     Good cause appearing therefor:

20
     IT IS HEREBY ORDERED that the hearing on Defendants, CUSD, OTTEY, CROWE,

21
COUNTY, EMQ, AGUILA and MACKENZIE's Motion to Dismiss Complaint for Damages

22
and Motion to Strike currently set for August 14, 2007 at 10:00 a.m. be continued until August

23
21, 2007, at 10:00 a.m. in Courtroom 2, 5th floor of the United States District Court, 280 S. First

24
Street, San Jose, CA.  The briefing schedule to change accordingly.

25

26
Dated: 7/16/07                             By: _____

27                               HON. HOWARD R. LLOYD
                             MAGISTRATE JUDGE

28                               UNITED STATES DISTRICT COURT

Stipulation and Proposed Order              - 2 -

1          PURSUANT TO GENERAL ORDER 45,

2          I, Kelly M. Laughrin, the ECF User transmitting and filing this Stipulation and

3   [Proposed] Order Continuing the Motion to Dismiss Complaint for Damages and Motion to

4   Strike, attest that I have obtained the concurrence of Sharon L. Hightower and Mark Davis on

5   this filing.  I declare under penalty of perjury.

6

    Dated: July 12, 2007              CAMPBELL, WARBURTON, FITZSIMMONS,
7                                            SMITH, MENDELL & PASTORE

8                                      By: _____/s/_____
                                           J. Michael Fitzsimmons
9                                          Kelly M. Laughrin,
                                       Attorneys for Plaintiffs,
10                                     KARLONG CHAN and EVA CHAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28