```
J. Michael Fitzsimmons, Esq.  SBN 132343                    *E-filed 7/27/07*
Kelly M. Laughrin, Esq.  SBN 204246
CAMPBELL, WARBURTON, FITZSIMMONS,
   SMITH, MENDELL & PASTORE
64 W. Santa Clara Street
San Jose, CA 95113
408/295-7701
408/295-1423 fax

Attorneys for Plaintiffs,
KARLONG CHAN, a minor, by and through his
Guardian Ad Litem, YUEN CHONG CHAN; and
YUEN CHONG CHAN
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| KARLONG CHAN, a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN; and YUEN CHONG CHAN, aka EVA CHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CUPERTINO UNION SCHOOL DISTRICT, a California School District; et al.,<br><br>    Defendants. | Case No.  C07-01837 HRL<br><br>**STIPULATION AND ORDER VACATING THE MOTION TO DISMISS IN ORDER TO ALLOW PLAINTIFF TO CORRECT ERROR IN THE COMPLAINT** |

Plaintiffs, KARLONG CHAN ("KARLONG"), a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN, and YUEN CHONG CHAN, aka EVA CHAN ("EVA"), and Defendants, CUPERTINO UNION SCHOOL DISTRICT ("CUSD"), RUSS OTTEY ("OTTEY"), SARAH CROWE, ('CROWE"), COUNTY OF SANTA CLARA ("COUNTY"), EMQ CHILDREN AND FAMILY SERVICES ("EMQ"), RODERICK J. MACKENZIE, JR. ("MACKENZIE"), CARLOS AGUILA ("AGUILA") by and through their respective attorneys of record, hereby stipulate to vacating Defendants' Motions to Dismiss Complaint for Damages and Motions to Strike presently set in this matter for August 21, 2007 to allow Plaintiffs to amend their Complaint for Damages in order to substitute and replace "The Lanterman-Petris-

1  Short Act", which was inadvertently and mistakenly referenced therein in paragraphs 20, 37 and
2  38, for "Children's Civil Commitment and Mental Health Treatment Act of 1988", which is the
3  correct and proper Act at issue herein.  Defendants shall then have thirty (30) days to file their
4  responsive pleading pursuant to the filing of the First Amended Complaint, a [proposed] copy of
5  which is attached hereto (Exhibit "A") and incorporated herein by reference.  The First Amended
6  Complaint will be filed the following court day after the Order is filed.

7  A case management conference has been scheduled in the matter for September 11, 2007
8  with corresponding deadlines of August 8, 2007 to meet and confer under Fed. R Civ. Pro. 26
9  and August 29, 2007 to exchange initial disclosures.

10  Given that the case will not be at issue (due to the fact that there remains a dispute as to
11  the pleadings) by the date of the Case Management Conference or prior to the other
12  corresponding deadlines pursuant to Rule 26,

13  IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court,
14  that
15  the hearing on Defendants, CUSD, OTTEY, CROWE, COUNTY, EMQ, AGUILA and
16  MACKENZIE's Motions to Dismiss Complaint for Damages and Motions to Strike currently set
17  for August 21, 2007 at 10:00 a.m. be vacated and Plaintiffs be allowed to file their First
18  Amended Complaint the following court day after the Order is filed.  Defendants shall then have
19  thirty (30) days to file their responsive pleading.

20  IT IS FURTHER STIPULATED AND AGREED that the Case Management Conference
21  currently set for September 11, 2007 in Courtroom 2 at 1:30 p.m. be continued to December 18,
22  2007, in Courtroom 2 at 1:30 p.m. with corresponding deadlines of November 27, 2007 to meet
23  and confer and December 11, 2007 to exchange initial disclosures and file a joint case
24  management conference statement, pursuant to Fed. R. Civ. Pro. Rule 26.

25  Dated: July 26, 2007            CAMPBELL, WARBURTON, FITZSIMMONS,
                                     SMITH, MENDELL & PASTORE
26
                                  By: _____/s/_____
27                                         J. Michael Fitzsimmons
                                           Kelly M. Laughrin,
28                                    Attorneys for Plaintiffs,

|   |   |   |
|---|---|---|
| 1 |   | KARLONG CHAN and EVA CHAN |
| 2 | Dated: July 26, 2007 | NEEDHAM, DAVIS, KEPNER & YOUNG, LLP |
| 3 |   | By: _____/s/_____ |
| 4 |   | Mark Davis |
|   |   | Attorney for Defendants, CUPERTINO UNION SCHOOL DISTRICT, RUSS OTTEY, and SARAH CROWE |
| 6 |   |   |
| 7 | Dated: July 26, 2007 | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, Inc. |
| 8 |   | By: _____/s/_____ |
| 9 |   | Sharon L. Hightower |
|   |   | Attorneys for Defendants, COUNTY OF SANTA CLARA, EMQ CHILDREN AND FAMILY SERVICES, RODERICK J. MACKENZIE, JR., and CARLOS AGUILA |

### ORDER

Good cause appearing therefor:

IT IS HEREBY ORDERED that the hearing on Defendants, CUSD, OTTEY, CROWE, COUNTY, EMQ, AGUILA and MACKENZIE's Motions to Dismiss Complaint for Damages and Motions to Strike currently set for August 21, 2007 at 10:00 a.m. be vacated and Plaintiffs be allowed to file their First Amended Complaint the following court day after the Order is filed. Defendants shall then have thirty (30) days to file their responsive pleading.

IT IS HEREBY FURTHER ORDERED that the Case Management Conference currently set for September 11, 2007 in Courtroom 2 at 1:30 p.m. be continued to December 18, 2007, in Courtroom 2 at 1:30 p.m. with corresponding deadlines of November 27, 2007 to meet and confer (under Fed. R. Civ. Pro. Rule 26) and December 11, 2007 to exchange initial disclosures and file a joint case management conference statement pursuant to Fed. R. Civ. Pro. Rule 26.

Dated: 7/27/07                    By: _____
                                        HON. HOWARD R. LLOYD
                                        MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation and Order Vacating the Motion to Dismiss

PURSUANT TO GENERAL ORDER 45,

I, Kelly M. Laughrin, the ECF User transmitting and filing this Stipulation and [Proposed] Order Vacating the Motion to Dismiss Complaint for Damages and Motion to Strike In Order to Allow Plaintiff to Amend to Correct Error in the Complaint and continuing the Case Management Conference to December 18, 2007 with corresponding deadlines of November 27, 2007 to meet and confer under Fed. R. Civ. Pro. 26 and December 11, 2007 to exchange initial disclosures and file a joint case management conference statement,  attest that I have obtained the concurrence of Sharon L. Hightower and Mark Davis on this filing.  I declare under penalty of perjury.

Dated: July 26, 2007              CAMPBELL, WARBURTON, FITZSIMMONS,
                                                   SMITH, MENDELL & PASTORE

                                         By: _____/s/_____
                                                J. Michael Fitzsimmons
                                                Kelly M. Laughrin,
                                         Attorneys for Plaintiffs,
                                         KARLONG CHAN and EVA CHAN

- 4 -