| | |
|---|---|
| 1   J. Michael Fitzsimmons, Esq.  SBN 132343 | *E-filed 9/28/07* |

J. Michael Fitzsimmons, Esq.  SBN 132343
Kelly M. Laughrin, Esq.  SBN 204246
CAMPBELL, WARBURTON, FITZSIMMONS,
  SMITH, MENDELL & PASTORE
64 W. Santa Clara Street
San Jose, CA 95113
408/295-7701
408/295-1423 fax

Attorneys for Plaintiffs,
KARLONG CHAN, a minor, by and through his
Guardian Ad Litem, YUEN CHONG CHAN; and
YUEN CHONG CHAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**

| | |
|---|---|
| KARLONG CHAN, a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN; and YUEN CHONG CHAN, aka EVA CHAN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CUPERTINO UNION SCHOOL DISTRICT, a California School District; et al.,<br><br>　　　　　Defendants. | Case No.  C07-01837 HRL<br><br>**STIPULATION AND ORDER CONTINUING THE MOTION TO DISMISS COMPLAINT FOR DAMAGES AND MOTION TO STRIKE** |

　　　Plaintiffs, KARLONG CHAN ("KARLONG"), a minor, by and through his Guardian Ad Litem, YUEN CHONG CHAN, and YUEN CHONG CHAN, aka EVA CHAN ("EVA"), and Defendants, CUPERTINO UNION SCHOOL DISTRICT ("CUSD"), RUSS OTTEY ("OTTEY"), SARAH CROWE, ('CROWE"), COUNTY OF SANTA CLARA ("COUNTY"), EMQ CHILDREN AND FAMILY SERVICES ("EMQ"), RODERICK J. MACKENZIE, JR. ("MACKENZIE"), CARLOS AGUILA ("AGUILA") by and through their respective attorneys of record, HEREBY STIPULATE that the hearing on Defendants, CUSD, OTTEY, CROWE, COUNTY,  EMQ, AGUILA and MACKENZIE's Motions to Dismiss Complaint for Damages and Motions to Strike currently set for October 16, 2007 at 10:00 a.m. be continued for

1  approximately sixty (60) days (until December 18, 2007), or as soon thereafter as available, at

2  10:00 a.m. in Courtroom 2, 5th floor of the United States District Court, 280 South First Street,

3  San Jose, CA;  the briefing schedule to be continued as well, based on the new hearing date.

4      All counsel have agreed to said continuance in order that counsel for Plaintiff may

5  substitute out of the case and allow Plaintiffs time to retain new counsel, and respond to the

6  subject motions.

7      Further, a case management conference is presently scheduled for December 18, 2007.

8  However, given that the case will not be at issue by the date of the Case Management

9  Conference or prior to the deadlines to file a Joint ADR Certification and complete initial

10  disclosures pursuant to Rule 26(f),

11      IT IS FURTHER STIPULATED AND AGREED, subject to the approval of the Court,

12  that the Case Management Conference currently set for December 18, 2007 in Courtroom 2 at

13  1:30 p.m. be continued to February 19, 2008, at 1:30 p.m. with corresponding deadlines of

14  January 29, 2008 to meet and confer under Fed. R. Civ. Pro. 26 and February 12, 2008 to file

15  Rule 26(f) Report and exchange initial disclosures and file Joint Case Management Statement.

16  Dated: September 24, 2007    CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE

17

    By: _____/s/_____
18      J. Michael Fitzsimmons
    Kelly M. Laughrin,
19      Attorneys for Plaintiffs,
    KARLONG CHAN and EVA CHAN

20

21  Dated: September 24, 2007    NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
    By: _____/s/_____
22      Mark Davis
    Attorney for Defendants, CUPERTINO UNION
23      SCHOOL DISTRICT, RUSS OTTEY, and
    SARAH CROWE

24

25  Dated: September 24, 2007    ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
    LINDSTROM, Inc.
    By: _____/s/_____
26      Sharon L. Hightower
    Attorneys for Defendants,
27      COUNTY OF SANTA CLARA, EMQ CHILDREN AND
    FAMILY SERVICES, RODERICK J. MACKENZIE, JR.,
28      and CARLOS AGUILA

Stipulation and Order     - 2 -

1                                    ORDER

2       Good cause appearing therefor:

3       IT IS HEREBY ORDERED that the hearing on Defendants, CUSD, OTTEY, CROWE,
4  COUNTY, EMQ, AGUILA and MACKENZIE's Motion to Dismiss Complaint for Damages
5  and Motion to Strike currently set for October 18, 2007 at 10:00 a.m. be continued until
6  December 18, 2007, or as soon thereafter as available, at 10:00 a.m. in Courtroom 2, 5th floor of
7  the United States District Court, 280 South First Street, San Jose, CA; the briefing schedule to
8  be continued as well, based on the new hearing date.

9       IT IS FURTHER ORDERED that the Case Management Conference currently set for
10 December 18, 2007 in Courtroom 2 at 1:30 p.m. be continued to February 19, 2008, at 1:30 p.m.
11 with corresponding deadlines of January 29, 2008 to meet and confer under Fed. R. Civ. Pro. 26
12 and February 12, 2008 to file Rule 26(f) Report and exchange initial disclosures and file Joint
13 Case Management Statement.

14 Dated:   9/28/07                          By: _____
                                                 HON. HOWARD R. LLOYD
15                                               MAGISTRATE JUDGE
                                                 UNITED STATES DISTRICT COURT

Stipulation and Order                                       - 3 -

1                  PURSUANT TO GENERAL ORDER 45,

2      I, Kelly M. Laughrin, the ECF User transmitting and filing this Stipulation and

3 [Proposed] Order Continuing the Motion to Dismiss Complaint for Damages and Motion to

4 Strike, attest that I have obtained the concurrence of Sharon L. Hightower and Mark Davis on

5 this filing. I declare under penalty of perjury.

6 September 24, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                           SMITH, MENDELL & PASTORE

By: _____/s/_____
        J. Michael Fitzsimmons
        Kelly M. Laughrin,
Attorneys for Plaintiffs,
KARLONG CHAN and EVA CHAN

Stipulation and Order                     - 4 -